March 3, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

MODIS, INC., Appellant

NO. 14-14-00238-CV                                V.

NET MATRIX SOLUTIONS, INC., Appellee

_____

  This cause, an appeal from the judgment in favor of appellee, Net Matrix Solutions, Inc., signed January 7, 2014, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **RENDER** a take-nothing judgment in favor of appellant Modis, Inc.

  We further order that all costs incurred by reason of this appeal be paid by appellee, Net Matrix Solutions, Inc.

  We further order this decision certified below for observance.